IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KEITH MORRIS                                                      PLAINTIFF

vs.                                          CIVIL ACTION NO. 4:07cv125-JCS

MATTIE COLLINS                                                  DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order, judgment is entered in favor of

Defendant, and Plaintiff's claims are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 16th day of April, 2009.


/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE